Lawrence H. Reichman, OSB No. 860836
LReichman@perkinscoie.com
Nicholle Winters, OSB No. 054155
NWinters@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Howard Skaist, Esq., OSB No 883482
hskaist@bltg-ip.com
Katherine Ford Horvath, Esq. (admitted pro hac vice)
khorvath@bltg-ip.com
BERKELEY LAW AND TECHNOLOGY
 GROUP, LLP
17933 Evergreen Parkway, Suite 250
Beaverton, OR 97006-7660
Telephone: 503.439.6500
Facsimile: 503.439.6558

Complete list of counsel on signature page

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MELLAND GROUP, LLC d/b/a nTRUST, an Oregon limited liability company, and ALLAIN DE LA MOTTE,<br><br>Plaintiffs,<br><br>v.<br><br>BERND H. WEBER, CLAUDE J. CHAUVEAU, AMERICAN GULF FINANCE CORP., ALVION PARTNERS, LLC, WEBER, LLC, AGF REALTY SOLUTIONS, INC., ALEXON HOLDINGS INTERNATIONAL LTD., TIMEDATA CORPORATION, TIME DATA HOLDINGS, LLC, and DOES 1-10,<br><br>Defendants. | No. CV'08-957-AC<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>EXPEDITED HEARING REQUESTED |

1 - PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

69726-0001/LEGAL14947565.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to LR 7.1, Plaintiffs Melland Group, LLC d/b/a nTrust ("Melland") and Allain de la Motte ("de la Motte") (collectively referred to as "Plaintiffs") certify that counsel for Plaintiffs has conferred with *pro se* Defendants Bernd H. Weber ("Weber") and Claude J. Chauveau ("Chauveau") and that they oppose this motion. Entity Defendants have not yet appeared.

## MOTION

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs move this Court to issue a preliminary injunction against Defendants Bernd H. Weber ("Weber"), Claude J. Chauveau ("Chauveau"), American Gulf Finance Corp. ("American Gulf"), Alvion Partners, LLC ("Alvion Partners") and AGF Realty Solutions, Inc. (AGF Realty") (collectively, the "Defendants"). Plaintiffs seek to (1) enjoin Defendants' misappropriation of Plaintiffs' trade secrets; (2) enjoin Defendants' infringement of Plaintiffs' trademark rights under section 43(a) of the Lanham Act; (3) enjoin Defendants' breach of the non-disclosure agreements ("CNDAs") executed by one or more Defendants, on the one hand, and Melland, on the other hand; (4) enjoin Defendants Weber and Chauveau's breach of the fiduciary duties owed to Plaintiffs by Defendants Weber and Chauveau; (5) the immediate return of all documentary Confidential Technology; and (6) identification of all third parties to whom Defendants disclosed or sought to disclose Plaintiffs' confidential information, including identification of the specific information disclosed. Unless and until Defendants are enjoined by this Court, Plaintiffs will continue to suffer irreparable harm due to Defendants' bad acts.

This Motion is supported by the Memorandum in Support, Declaration of Allain de la Motte, Declaration of Robert West, Declaration of Brad Henshaw, and Declaration of Jon S. Crouse and attached exhibits, filed concurrently herewith.

2 - PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

69726-0001/LEGAL14947565.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED: December 5, 2008

s/ Lawrence H. Reichman
Lawrence H. Reichman, OSB No. 860836
LReichman@perkinscoie.com
Nicholle Winters, OSB No. 054155
NWinters@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Howard Skaist, Esq., OSB No 883482
hskaist@bltg-ip.com
Katherine Ford Horvath, Esq. (admitted pro hac vice)
khorvath@bltg-ip.com
**Berkeley Law and Technology Group, LLP**
17933 Evergreen Parkway, Suite 250
Beaverton, OR 97006-7660
Telephone: 503.439.6500
Facsimile: 503.439.6558

Richard L. Coffman, Esq. (admitted pro hac vice)
**The Coffman Law Firm**
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
rc@cofflaw.com

Attorneys for Plaintiffs

3 - PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

69726-0001/LEGAL14947565.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222